FILED

## UNITED STATES DISTRICT COURT
## For the Middle District of Florida

2019 JUL 24 AM 10: 18

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

MICHAEL R. MCNEIL,                  CIVIL ACTION No. 6:19-CV-1199-ORL-31-DCI

Plaintiff

v.

JAMES A. GARROW and JIM HOAK and KATY HOAK
d/b/a JAKES2

Defendants

# ANSWER TO PLAINTIFF'S COMPLAINT

### PARTIES FILING ANSWER TO THIS COMPLAINT

The following is the answer for Defendants, Jim and Katy Hoak d/b/a JAKES2.

### ANSWER TO PLAINTIFF'S COMPLAINT

#### JURISDICTION AND PARTIES

1. Insufficient knowledge.
2. Insufficient knowledge.
3. Insufficient knowledge.
4. Denied
5. Admit to Jim Hoak and Katy Hoak insufficient knowledge of James Garrow
6. Admit to be lessee of Suite C 2335 S. Ridgewood Ave South Daytona
7. Admit that James Garrow is the lessor of 2335 S Ridgewood Ave. South Daytona

#### COUNT I – VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT

8. Admit
9. Insufficient knowledge
10. Insufficient knowledge
11. Insufficient knowledge
12. Admit

13. Insufficient knowledge
14. Admit
15. Deny
16. Deny, business has been closed since May 16, 2019
17. Insufficient knowledge
18. Deny
    a. Deny, lack of knowledge of James Garrow
    b. Deny, lack of knowledge of James Garrow
    c. Deny, lack of knowledge of James Garrow
    d. Deny, lack of knowledge of James Garrow
    e. Deny, lack of knowledge of James Garrow
    f. Deny, lack of knowledge of James Garrow
    g. Deny, lack of knowledge of James Garrow
    h. Deny, lack of knowledge of James Garrow
    i. Deny, lack of knowledge of James Garrow
    j. Deny, lack of knowledge of James Garrow
    k. Deny, lack of knowledge of James Garrow
    l. Deny, lack of knowledge of James Garrow
    m. Deny
    n. Deny
    o. Deny
    p. Deny
    q. Deny
    r. Deny
    s. Deny
    t. Deny, lack of knowledge of James Garrow
    u. Deny
    v. Deny
    w. Deny
    x. Deny
    y. Deny
    z. Deny
    aa. Deny
    bb. Deny
    cc. Deny
    dd. Deny
    ee. Deny
    ff. Deny
    gg. Deny
19. Deny

20. Insufficient knowledge. Jakes 2 has been closed since May 16, 2019
21. Deny, Jakes 2 has been closed since May 16, 2019
22. Deny
23. Insufficient knowledge, jakes2 has been closed since May 16, 2019

Jim and Katy Hoak
3258 N. Tulsa Dr.
Deltona, Fl 32738
386-290-2573
Kmhoak52@gmail.com